IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20994
Conference Calendar
_____


JESUS HERNANDEZ,

                                    Plaintiff-Appellant,

versus

ROBERT LOSACK,

                                    Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-H-95-3358
- - - - - - - - - -
April 18, 1996

Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     This is an appeal from the district court's dismissal as frivolous pursuant to 28 U.S.C. § 1915(d) of appellant's civil rights complaint. He contends that he alleged more than mere conclusional allegations in support of his retaliation claim and that the district court thus erred by dismissing his complaint as frivolous. We have reviewed the record and the district court's order and find no reversible error. See Hernandez v. Losack, No. CA-H-95-3358 (S.D. Tex. Nov. 13, 1995). Hernandez is WARNED that the filing of frivolous appeals in the future will result in the imposition of sanctions.

_____

     Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

AFFIRMED; SANCTIONS WARNING ISSUED.